# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER FOR TEMPORARY** |
| Plaintiff, ) | **DETENTION** |
| ) | |
| vs. ) | |
| ) | |
| Ashley Marie Getzlaff, ) | |
| ) | Case No. 1:13-cr-077 |
| Defendant. ) | |

On March 9, 2015, the court held a hearing on a petition for revocation of Defendant Ashley Marie Getzlaff's pretrial release. SAUSA Mike Mahoney appeared on the Government's behalf. Attorney Tom Dickson appeared on Defendant's behalf. Defendant did not contest the allegations in the petition. Defendant and the Government agreed it would be appropriate to place Defendant at a residential facility pending trial.

Space is not currently available at a residential facility. Defendant's name has been placed on a list for placement at either the Bismarck Transition Center in Bismarck, North Dakota or Centre, Inc., in Mandan, North Dakota. The Pretrial Services Office estimates space will be available in approximately one month. The court will issue an order setting conditions of release when space becomes available. Defendant will remain in custody until that time. Accordingly, until further of order of the court, Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge

of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated this 9th day of March, 2015.

                                                              */s/ Charles S. Miller, Jr.*
                                                              Charles S. Miller, Jr.
                                                              United States Magistrate Judge